September 03, 2004

Mr. Raul A. Gonzalez
Locke Liddell & Sapp LLP
100 Congress Ave., Suite 300
Austin, TX 78701
Mr. Larry Zinn
P. O. Box 12448
San Antonio, TX 78212

RE: Case Number: 01-0910
 Court of Appeals Number: 13-99-00769-CV
 Trial Court Number: 99-01-100-A

Style: FIRST VALLEY BANK OF LOS FRESNOS, NORWEST BANK OF TEXAS, N.A.,
 AND WELLS FARGO BANK (TEXAS), N.A.
 v.
 SAM MARTIN

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause. (Justice Schneider not sitting)
 Encl.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Ms. Aurora De La |
| |Garza |
| |Ms. Cathy Wilborn |